GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
ALANA R. CHIMES, Cal. Bar No. 254730
achimes@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  (714) 513-5100
Facsimile:   (714) 513-5130

Attorneys for Defendants HOME DEPOT U.S.A., INC., and HD DEVELOPMENT OF MARYLAND, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>           Plaintiff,<br><br>      v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; HD DEVELOPMENT OF MARYLAND, INC., a Maryland Corporation, dba HD PROPERTIES OF MARYLAND,<br><br>           Defendants. | Case No. 1:13-CV-01151-AWI-GSA<br>Hon. Anthony W. Ishii<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>*[Filed Concurrently with Request for Leave to Appear Telephonically]*<br><br>Date:        February 14, 2014<br>Time:       9:30 a.m.<br>Judge:      Magistrate Gary S. Austin<br>CrtRm:     10<br><br>Complaint Filed: July 24, 2013<br>Trial Date:          March 31. 2015 |

Case No. 1:13-CV-01151-AWI-GSA

SMRH:417109689.1    [PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY

1   IT IS HEREBY ORDERED that Defendants Home Depot U.S.A., Inc. and
2 HD Development of Maryland, Inc.'s counsel may appear by telephone at the
3 February 14, 2014, 9:30 a.m., hearing on the Motion for Leave to File First
4 Amended Complaint.

7 Dated:  February 6, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ Gregory F. Hurley
GREGORY F. HURLEY
ALANA R. CHIMES
Attorneys for Defendants
HOME DEPOT U.S.A., INC., and HD DEVELOPMENT OF MARYLAND, INC.

IT IS SO ORDERED.

Dated:  **February 6, 2014**         /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE

SMRH:417109689.1

Case No. 1:13-CV-01151-AWI-GSA
CERTIFICATE OF SERVICE