GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
ALANA R. CHIMES, Cal. Bar No. 254730
achimes@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  (714) 513-5100
Facsimile:   (714) 513-5130

Attorneys for Defendants HOME DEPOT U.S.A., INC., and HD DEVELOPMENT OF MARYLAND, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; HD DEVELOPMENT OF MARYLAND, INC., a Maryland Corporation, dba HD PROPERTIES OF MARYLAND,<br><br>Defendants. | Case No. 1:13-CV-01151-AWI-GSA<br>Hon. Anthony W. Ishii<br><br>**ORDER GRANTING REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY**<br><br>*[Filed Concurrently with Request for Leave to Appear Telephonically]*<br><br>Date:       March 7, 2014<br>Time:      9:30 a.m.<br>Judge:     Magistrate Gary S. Austin<br>CrtRm:    10<br><br>Complaint Filed: July 24, 2013<br>Trial Date:         March 31. 2015 |

1  IT IS HEREBY ORDERED that Defendants Home Depot U.S.A., Inc. and
2 HD Development of Maryland, Inc.'s counsel may appear by telephone at the March
3 7, 2014, 9:30 a.m., hearings on the Motion for Leave to File First Amended
4 Complaint and Motion for Rule 11 Sanctions.
5  All parties wishing to appear by phone shall coordinate a one-line conference
6 call prior to calling chambers at (559) 499-5960.

IT IS SO ORDERED.

Dated:   **February 24, 2014**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

Case No. 1:13-CV-01151-AWI-GSA

SMRH:417962325.1