Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Albert George Curtis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, et al.,<br><br>　　　　Defendants. | No. 1:13-cv-01151-AWI-GSA<br><br>**PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL; ORDER**<br><br>Trial date:　　March 31, 2015 |

　　　　Pursuant to Local Rule 141, Plaintiff, Albert George Curtis ("Plaintiff"), hereby requests that the documents identified as Exhibit "C" to the Declaration of Tanya E. Moore in Support of Plaintiff's Motion for Summary Judgment, or in the Alternative, for Summary Adjudication, be filed under seal.

　　　　On April 24, 2014, the Court issued a Protective Order for confidential documents produced in this action. Dkt. 39. Defendants, Home Depot U.S.A., Inc. and HD Development of Maryland, Inc. ("Defendants"), produced five 8.5 x 11 documents identified as confidential depicting proprietary layouts for merchandise in front of its stores. These documents are identified as HD000004, HD000006, HD000008, HD000010 and HD000012.

1    Pursuant to the terms of the Protective Order, only the parties to this action and the
2  Court, and related personnel, are to have access to these documents, and they are to remain
3  under seal (or destroyed) at the termination of this action.
4    Accordingly, Plaintiff respectfully requests that the five pages of documents
5  be filed under seal as Exhibit "C" to the Declaration of Tanya E. Moore in Support of
6  Plaintiff's Motion for Summary Judgment, or in the Alternative, for Summary Adjudication.

8  Dated: October 23, 2014                    MOORE LAW FIRM, P.C.

10                                            */s/ Tanya E. Moore*
11                                            Tanya E. Moore, Attorneys for
                                              Plaintiff, Albert George Curtis
12  ////
13  ////
14  ////
15  ////
16  ////
17  ////
18  ////

PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL; ORDER

## **ORDER**

Request having been made by Plaintiff, and good cause appearing,

**IT IS HEREBY ORDERED** that the five pages of documents identified as HD000004, HD000006, HD000008, HD000010 and HD000012, are to be filed under seal as Exhibit "C" to the Declaration of Tanya E. Moore in Support of Plaintiff's Motion for Summary Judgment, or, in the Alternative, Summary Adjudication once such Declaration is filed.

IT IS SO ORDERED.

Dated:   October 26, 2014                        _____
                                                  SENIOR DISTRICT JUDGE