1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Albert George Curtis
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 ALBERT GEORGE CURTIS,              ) No.  1:13-cv-01151-AWI-GSA
                                       )
12          Plaintiff,                 ) **STIPULATION FOR DISMISSAL OF**
                                       ) **ACTION; ORDER**
13     vs.                             )
                                       )
14 HOME DEPOT U.S.A., INC., a Delaware )
   Corporation, et al.,                )
15                                     )
                                       )
16          Defendants.                )
                                       )
17 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯)

18     IT IS HEREBY STIPULATED by and between Plaintiff Albert George Curtis and

19 Defendants Home Depot U.S.A., Inc., a Delaware corporation; and HD Development of

20 Maryland, Inc., a Maryland corporation, dba HD Properties of Maryland, the parties to this

21 action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure

22 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each

23 party is to bear its own attorneys' fees and costs.

24

25 Date: February 5, 2015              MOORE LAW FIRM, P.C.

26
                                       */s/ Tanya E. Moore*
27                                     Tanya E. Moore
                                       Attorneys for Plaintiff
28                                     Albert George Curtis

   Date: February 5, 2015              SHEPARD, MULLIN, RICHTER &
                STIPULATION FOR DISMISSAL OF ACTION; ORDER

                            Page 1

HAMPTON LLP

*/s/ Alison N. Kleaver*
Alison N. Kleaver
Attorneys for Defendants
Home Depot U.S.A., Inc., a Delaware corporation; and HD Development of Maryland, Inc., a Maryland corporation, dba HD Properties of Maryland

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:   February 5, 2015                                          _____
                                                                                    SENIOR  DISTRICT  JUDGE